IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-cv-00062-BO-BM

BRENDA LEE BRUNDAGE )
)
*Plaintiff* )
v. )
UNITED STATES OF AMERICA, )
)
*Defendant* )

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY

Pursuant to Fed. R. Civ. P. 25, Plaintiff's motion for substitution of party is hereby GRANTED and the Court ORDERS as follows: "Stephen C. Powers, Personal Representative for the Estate of Brenda Lee Brundage" be substituted in place of "Brenda Lee Brundage" and Decedent's claims survive, and the action on his behalf may proceed. The caption of this case shall be amended to reflect such substitution.

SO ORDERED. This __6__ day of April, 2024.

                                                  _Terrence Boyle_
                                                  TERRENCE W. BOYLE
                                                  UNITED STATES DISTRICT COURT JUDGE